Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
PATRICIA GEARY

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
### EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| PATRICIA GEARY,<br><br>           Plaintiffs,<br><br>     v.<br><br>GC SERVICES, LP,<br><br>           Defendant. | Case No.: 5:14-cv-00392-JAK-JC<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, PATRICIA GEARY, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 20, 2014                                KROHN & MOSS, LTD.


                                                                 By: /s/ Ryan Lee, Esq.
                                                                 Ryan Lee, Esq.
                                                                 Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq